IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH CLEVES,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. C 09-03624 WHA

**ORDER SETTING HEARING RE MOTIONS FOR SUMMARY JUDGMENT**

The undersigned would like to hear oral argument with respect to the motions for summary judgment. The hearing is specially set for **8:00 A.M. ON WEDNESDAY, FEBRUARY 10, 2010.**

**IT IS SO ORDERED.**

Dated: February 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE