IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH CLEVES,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. C 09-03624 WHA

**JUDGMENT**

For the reasons stated in the accompanying order remanding this matter for further proceedings, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE