JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CLEVES,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 09-03624-WHA<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND TWO HUNDRED dollars and 0 cents ($5,200.00), and costs in the amount of THREE HUNDRED FIFTY dollars and 0 cents ($350.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND TWO HUNDRED dollars and 0 cents ($5,200.00) in EAJA fees and costs in the amount of THREE HUNDRED FIFTY dollars

1

and 0 cents ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff, and delivered to 1335 Park Avenue, Alameda, CA 94501.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted March 10, 2010.

Respectfully submitted,

Dated: March 10, 2010
*/s/ Steven M. Chabre*
(As authorized via email)
STEVEN M. CHABRE
Attorney for Plaintiff Elizabeth Cleves


JOSEPH P. RUSSONIELLO
United States Attorney

Date: March 10, 2010          By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U. S. Attorney

Attorneys for Defendant Michael J. Astrue

## ORDER

The stipulated award of attorney's fees and costs under the EAJA is **APPROVED**. Counsel is reminded, however, that while attorney's fees may be awarded under both the EAJA and Section 406(b) for the same services, in order to avoid a double recovery of attorney's fees, if fees are sought and awarded under Section 406(b), counsel must *refund* to the claimant the lesser amount. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 795-96 (2002).

**IT IS SO ORDERED.**

Dated: March 10, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE