1  JOSEPH P. RUSSONIELLO, CSBN 44332
2  United States Attorney
   LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT, SBN OH 84088
5  Special Assistant United States Attorney
         333 Market Street, Suite 1500
6        San Francisco, California 94105
         Telephone:  (415) 977-8926
7        Facsimile:  (415) 744-0134
8        E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
11

12 ELIZABETH CLEVES,              )    CIVIL NO. 09-03624-WHA
        Plaintiff,                 )
13                                 )    STIPULATION AND ~~PROPOSED~~ ORDER FOR
        v.                         )    THE AWARD OF ATTORNEY'S FEES
14                                 )    PURSUANT TO THE EQUAL ACCESS TO
15 MICHAEL J. ASTRUE,              )    JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS
   Commissioner of Social Security,)    PURSUANT TO 28 U.S.C. § 1920
16      Defendant.                 )
                                   )
17 _____ )

       IT IS HEREBY STIPULATED by and between the parties through their
18
   undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded
19
   attorney fees under the EAJA in the amount of FIVE THOUSAND TWO HUNDRED
20
   dollars and 0 cents ($5,200.00), and costs in the amount of THREE HUNDRED FIFTY
21
   dollars and 0 cents ($350.00).  This amount represents compensation for all legal services
22
   rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in
23
   accordance with 28 U.S.C. §§ 1920, 2412.
24
       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
25
   attorney fees, and does not constitute an admission of liability on the part of Defendant
26
   under the EAJA.  Payment of FIVE THOUSAND TWO HUNDRED dollars and 0 cents
27
   ($5,200.00) in EAJA fees and costs in the amount of THREE HUNDRED FIFTY dollars
28

                                            1

1 and 0 cents ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff, and delivered to 1335 Park Avenue, Alameda, CA 94501.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted March 10, 2010.

Respectfully submitted,

Dated: March 10, 2010             */s/ Steven M. Chabre*
                                  (As authorized via email)
                                  STEVEN M. CHABRE
                                  Attorney for Plaintiff Elizabeth Cleves


                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

Date: March 10, 2010              By *s/ Daniel P. Talbert*
                                  DANIEL P. TALBERT
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant Michael J. Astrue

ORDER

The stipulated award of attorney's fees and costs under the EAJA is **APPROVED**. Counsel is reminded, however, that while attorney's fees may be awarded under both the EAJA and Section 406(b) for the same services, in order to avoid a double recovery of attorney's fees, if fees are sought and awarded under Section 406(b), counsel must *refund* to the claimant the lesser amount.  *See Gisbrecht v. Barnhart*, 535 U.S. 789, 795-96 (2002).

**IT IS SO ORDERED.**

Dated: March 10, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE